**Motion Granted in Part and Order filed March 26, 2015.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-13-00708-CR**
_____

**VICTOR TODD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1386052**

## ORDER

Appellant has filed a motion to supplement the record. The motion states the appellate record does not contain (1) appellant's motion for new trial; (2) appellant's response to trial counsel's motion to quash; or (3) the hearing on appellant's motion for new trial. The third supplemental clerk's record filed January 13, 2015, contains appellant's motion for new trial. A reporter's record

was filed January 21, 2015, of the hearing on appellant's motion for new trial. Accordingly, the motion to supplement the record is granted in part.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before April 6, 2015, containing appellant's response to the motion to quash.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM